CLEMENS MULLER, Respondent, *v.* MANHATTAN RAILWAY COMPANY et al., Appellants.

*Muller* v. *Manhattan Railway Co.*, 124 App. Div. 295, affirmed.
(Argued March 25, 1909; decided April 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 24, 1908, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to recover damages to easements of real property abutting on defendants' elevated railroad.

*J. Osgood Nichols, Ralph Norton* and *Alfred A. Gardner* for appellants.

*W. G. Peckham* for respondent.

Judgment affirmed, with costs, on authority of *Howell* v. *Leavitt* (95 N. Y. 617); no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.